```
 1  TIMOTHY B. ROTE #184781
    IMHOFF & ASSOCIATES
 2  2014 TULARE, SUITE 604
    FRESNO, CALIFORNIA  93721
 3  TELEPHONE: (800) 887-0000

 4  ATTORNEY FOR DEFENDANT,
        DONALD LEE GLASPIE
 5
                    UNITED STATES DISTRICT COURT
 6
                    EASTERN DISTRICT OF CALIFORNIA
 7

 8  THE UNITED STATES OF AMERICA,
                          Plaintiff,     CASE # CR. F. 05-0315 OWW
 9
10  vs.                                  EX PARTE APPLICATION FOR ORDER
                                         EXONERATING PROPERTY BOND AND
11                                       ORDER THEREON
    DONALD LEE GLASPIE,
12                        Defendant

13

14  To:    THE HONORABLE OLIVER W. WANGER, JUDGE OF THE ABOVE ENTITLED

15  COURT:     The Defendant, DONALD LEE GLASPIE, by and through his attorney, Timothy B.

16  Rote, hereby requests an order exonerating bond in this action.  Mr. Glaspie was released on or

17  about October 12, 2005 on a property bond in the amount of $100,000 posted by James A. Bandy

18  and Carol A. Bandy by way of execution of a Deed of Trust.  Donald Glaspie self surrendered on

19  August 3, 2006 to begin serving his term.  Accordingly, exoneration of the property bond is

20  requested.

21  Dated:  August 4, 2006           Respectfully submitted,

22                                   /s/ Timothy B. Rote
                                     Timothy B. Rote
23                                   Attorney for Defendant

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

It appearing that there is no further need for the existence of the property bond posted for the pretrial release of Donald Lee Glaspie in case # CR. F. 05-0315 OWW, the property bond posted on his behalf is hereby exonerated and the property involved is ordered re-conveyed to Carol A. Bandy and James A. Bandy as listed on the Deed of Trust previously filed in this case.

Dated: ___9/7/06_____

       ___/s/ Oliver W. Wanger_____
       OLIVER W. WANGER
       United States District Judge
       Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com